CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

E. CARMEN RAMIREZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 616-2885 (Ramirez)
Facsimile: (202) 307-0054
e.carmen.ramirez@usdoj.gov
*Attorneys for the United States of America*

DANIEL J. BOGDEN
United States Attorney
District of Nevada
*Of Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CONSTANTIN OCHESCU,
LILIANA COSMA,
DITECH FINANCIAL LLC, and
REPUBLIC SERVICES, INC.,

Defendants.

Case No.: 2:15-cv-02424-APG-GWF

**UNOPPOSED MOTION REGARDING DEADLINES UNDER LR 26-1**

The discovery stay the United States previously requested will end on August 15, 2016. The United States therefore moves that the Court order the parties that have appeared in the case to submit their joint discovery report, as required by LR 26-1, within two weeks of the Court's order. Defendants Ditech Financial LLC ("Ditech") and Republic Services Inc. ("Republic") have consented to this motion; the other defendants have not yet appeared, and the Clerk has noted their default. (ECF No. 23). In support of its motion, the United States submits the following:

**BACKGROUND**

This is a civil action concerning federal income taxes. The Complaint (ECF No. 1) alleges that defendant Constantin Ochescu failed to file his federal income tax returns for the 2002-2009 and 2011 tax years. The United States seeks a judgment against Mr. Ochescu for the taxes the IRS assessed for those years, based on an examination the IRS conducted using W2 forms, reports from financial institutions, and similar sources. (*See id*. at 4). The Complaint also seeks to satisfy a portion of the judgment by foreclosing on real property that Mr. Ochescu transferred to his wife, defendant Liliana Cosma. The United States had previously filed tax liens on the property. Defendants Republic and Ditech were named because they may also have liens on the property.

Mr. Ochescu and Ms. Cosma were difficult to serve. Because the Complaint centers on Mr. Ochescu's conduct—his failure to pay his income taxes and his decision to transfer the property at issue to his wife—the United States moved to stay scheduling matters and discovery for all parties until Mr. Ochescu and his wife were served and had time to respond. (ECF No. 14). The undersigned counsel then learned that Mr. Ochescu had attempted to submit tax returns for at least some of the years at issue. (*See* ECF No. 26 at 3). The United States requested an additional stay to provide time to review the returns, in the hopes that Mr. Ochescu had recognized the importance of his tax obligations and would respond to the suit or otherwise cooperate. Meanwhile, the United States hoped to reach a stipulation with Ditech and Republic that would resolve any claims between them without discovery.

However, the additional stay the United States requested is expiring, and neither Mr. Ochescu or Ms. Cosma have contacted the United States or appeared in the suit. The United States intends to move for a default judgment against them. Counsel for the United States has been in touch with counsel for Ditech and Republic, but the parties have been unable to reach an agreement as to the claims between them.

**REQUEST FOR RELIEF**

The United States respectfully submits that the parties that have appeared—the United States, Ditech Financial LLC, and Republic Services, Inc.—should conduct a Fed. R. Civ. P. 26(f) conference, and discuss the stipulated discovery plan and scheduling order called for under LR 26-1. The United States requests that the parties be given two weeks from the date of the Court's order on this motion to conduct the conference and submit the discovery plan or take other appropriate action.

Dated: August 11, 2016

Respectfully submitted,

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

/s/ E. Carmen Ramirez
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 616-2885
Facsimile: (202) 307-0054

Email: E.Carmen.Ramirez@usdoj.gov
Western.TaxCivil@usdoj.gov

DANIEL BOGDEN
United States Attorney
District of Nevada

*Attorneys for the United States of America*

IT IS SO ORDERED:

George Foley Jr.
_______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: August 12, 2016

IT IS SO ORDERED

SEE ABOVE

______________________
United States District Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing is made this 11th day of August, 2016 on the following parties, by the following means:

By U.S. Mail:

Constantin Ochescu
8064 Cetus Circle
Las Vegas, NV 89128

Liliana Cosma
8064 Cetus Circle
Las Vegas, NV 89128

By ECF:

Republic Silver State Disposal, Inc. d/b/a Republic Services, Inc.
c/o Donald H. Williams
Williams & Associates
612 South Tenth St.
Las Vegas, NV 89101

Ditech Financial LLC
c/o Rebecca Kern
Aldrige Pite LLP
520 South 4th St., Suite 360
Las Vegas, Nevada 89101

*/s/ E. Carmen Ramirez*
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice