CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

E. CARMEN RAMIREZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 616-2885 (Ramirez)
Facsimile:     (202) 307-0054
e.carmen.ramirez@usdoj.gov

DANIEL J. BOGDEN
United States Attorney
District of Nevada
*Of Counsel*

*Attorneys for the United States of America*

LAUREL I. HANDLEY (# 9576)
REBECCA KERN (# 9079)
Aldrige Pite LLP
520 South 4th St., Suite 360
Las Vegas, Nevada  89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342

Email:  rkern@aldridgepite.com

*Attorneys for Ditech Financial LLC*

DONALD H. WILLIAMS (# 5548)
DREW STARBUCK (# 13964)
Williams & Associates
612 South Tenth St.
Las Vegas, NV 89101
Telephone: (702) 320-7755
Facsimile: (702) 320-7760

Email: dwilliams@dhwlawlv.com
          dstarbuck@dhwlawlv.com

*Attorneys for Republic Silver State Disposal, Inc.
d/b/a Republic Services, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>CONSTANTIN OCHESCU,<br>LILIANA COSMA,<br>DITECH FINANCIAL LLC, and<br>REPUBLIC SERVICES, INC.,<br><br>       Defendants. | Case No.: 2:15-cv-02424-APG-GWF<br><br>**JOINT MOTION TO ALLOW EARLY SUMMARY JUDGMENT MOTIONS AFTER DECEMBER 2, 2016**<br>**(First Request)** |

Plaintiff the United States of America and defendants Ditech Financial LLC ("Ditech") and Republic Services, Inc. ("Republic Services"), hereby move the Court for an order modifying the date for early partial summary judgment motions in the Discovery Plan and Scheduling Order.  (ECF No. 30).  Defendants Constantin Ochescu and Liliana Cosma have not appeared in the suit, and have not participated in this Motion, or in formulating the Discovery Plan and.  In support of their request, the parties state as follows:

## BACKGROUND

1) This is a civil action concerning federal income taxes.  The Complaint (ECF No. 1) seeks a judgment against defendant Mr. Ochescu for unpaid federal income taxes, and seeks to satisfy a portion of the judgment by foreclosing on tax liens on real property that Mr. Ochescu transferred to his wife, defendant Ms. Cosma.  Defendants Republic Services, Inc. ("Republic") and Ditech Financial LLC ("Ditech") were named because they may also have liens on the property.  Mr. Ochescu and Ms. Cosma have not appeared in this matter, and the Clerk of Court has noted their default.

2) The United States, Republic, and Ditech have engaged in good faith negotiations to attempt to resolve any competing claims to the property.

3) The United States and Ditech are working to finalize an agreement between the two of them, but the parties agree an agreement between all three parties may be most beneficial for resolving the disputes.

4) All three parties also agree that the dispute between Republic and the United States turns primarily on a question of law: whether a Nevada state statute applies and would give

14780241.1

priority to certain liens Republic Services claims on the property over the federal tax liens and/or over Ditech's claims.

5) Counsel for the United States believed that the question would be most efficiently addressed by an early motion for partial summary judgment, for which little or no fact discovery would be required.  Therefore, the parties proposed, and the Court approved, the following deadlines, as relevant here:

- **Initial Disclosures:** The parties shall exchange Federal Rule of Civil Procedure 26(a) Initial Disclosures by September 1, 2016.

- **Deadline for Initial Motions for Summary Judgment, if any**: The parties will conduct limited discovery on the issue of lien priority and submit early motions for summary judgment, if any, by December 2, 2016.

- **Discovery Cut-Off Date**: If appropriate, other fact discovery in this action will be completed one hundred eighty (180) days from the date of the Court's ruling(s) on any early motions for partial summary judgment.  If the parties do not submit any such motions, the fact discovery cut-off date will be May 31, 2017, which is one hundred eighty (180) days from December 2, 2016.

## REQUEST FOR RELIEF

6) The parties have exchanged initial disclosures, and have completed their informal discovery concerning lien priority.  They have discussed a possible stipulation that would resolve the claims between them, as well as separate stipulations between two of them if a three-part agreement is not reachable.  However, the parties have not been able to resolve questions related to the lien priority issues.  A related issue concerns whether Republic's liens would

14780241.1

persist on the property, if the property is ultimately sold but the proceeds do not satisfy all liens.

7) The parties respectfully request that they be permitted to continue their negotiations on these issues, but retain the right to submit early summary judgment motions by **January 16, 2017** (45 days after December 2, 2016), if those negotiations fail.

8) The parties are not asking to modify the other deadlines in the case, and good cause exists for the request.  It is not made for delay, but to facilitate a possible resolution of the issues.  If the issues can be resolved, even in part, it will save the parties and the Court from having to address some or all of the dispute on summary judgment briefing.

WHEREFORE, the parties respectfully request that the deadline for early summary judgment motions be extended through **January 16, 2017**.

Dated:   December 1, 2016                                     Respectfully submitted,

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

*/s/ E. Carmen Ramirez*
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 616-2885
Facsimile:  (202) 307-0054

Email: E.Carmen.Ramirez@usdoj.gov

4

14780241.1

Western.TaxCivil@usdoj.gov

DANIEL BOGDEN
United States Attorney
District of Nevada


*Attorneys for the United States of America*

*/s/Laurel Handley*
Laurel I. Handley (# 9576)
Rebecca Kern (# 9079)
Aldrige Pite LLP
520 South 4th St., Suite 360
Las Vegas, Nevada  89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342

Email:  rkern@aldridgepite.com

*Attorneys for Ditech Financial LLC*



*/s/ Donald H. Williams*
Donald H. Williams (# 5548)
Drew Starbuck (# 13964)
Williams & Associates
612 South Tenth St.
Las Vegas, NV 89101
Telephone: (702) 320-7755
Facsimile: (702) 320-7760

Email: dwilliams@dhwlawlv.com
          dstarbuck@dhwlawlv.com

*Attorneys for Republic Silver State Disposal, Inc. d/b/a Republic Services, Inc.*

14780241.1

1

2          IT IS SO ORDERED:

3

4          _George Foley Jr._
           George Foley, Jr.
5          United States Magistrate Judge

6          DATED: December 2, 2016

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

6

14780241.1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing is made this 1st day of December, 2016 on the following parties, by the following means:

By U.S. Mail:

      Constantin Ochescu
      8064 Cetus Circle
      Las Vegas, NV 89128

      Liliana Cosma
      8064 Cetus Circle
      Las Vegas, NV 89128

By ECF:

      Republic Silver State Disposal, Inc. d/b/a Republic Services, Inc.
      c/o Donald H. Williams
      Williams & Associates
      612 South Tenth St.
      Las Vegas, NV 89101

      Ditech Financial LLC
      c/o Rebecca Kern
      Aldrige Pite LLP
      520 South 4th St., Suite 360
      Las Vegas, Nevada  89101

                          /s/ E. Carmen Ramirez
                          E. CARMEN RAMIREZ
                          Trial Attorney, Tax Division
                          U.S. Department of Justice

14780241.1