**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-02424-APG-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CONSTANTIN OCHESCU, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant Ditech Financial, LLC's Motion to Remove Attorney from Electronic Service List (ECF No. 37), filed on December 27, 2016.

Counsel for Defendant represents that Rebecca P. Kern, Esq. is no longer associated with the law firm of Aldridge Pite, LLP.  Therefore, counsel requests that Ms. Kern be removed as attorney of record for Defendant.  Counsel also indicates that Ms. Kern's withdrawal will not delay or prejudice the proceedings in this matter because Defendant will continue to be represented by attorneys Laurel I. Handley, Esq. and Jory C. Garabedian, Esq. of Aldridge Pite, LLP.  The Court finds that counsel has provided good cause to justify granting Ms. Kern's withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Ditech Financial, LLC's Motion to Remove Attorney from Electronic Service List (ECF No. 37) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Rebecca P. Kern, Esq. from the CM/ECF service list in this case.

**IT IS HEREBY ORDERED** that the Clerk of the Court shall add Jory C. Garabedian, Esq. to the CM/ECF service list in this case.

DATED this 28th day of December, 2016.

*George Foley Jr.*

GEORGE FOLEY, JR.
United States Magistrate Judge