UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-cv-02424-APG-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CONSTANTIN OCHESCU, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Extend Deadlines for Dispositive Motions (ECF No. 44), filed on March 27, 2018.

The United States requests a fourteen (14) day extension of the dispositive motion deadline. Upon review and consideration, the Court finds good cause exists to grant a fourteen day extension from the date of the issuance of this order of the dispositive motion deadline. Therefore, the parties shall file their dispositive motions no later than **April 16, 2018**.

**IT IS HEREBY ORDERED** Plaintiff's Motion to Extend Deadlines for Dispositive Motions (ECF No. 44) is **granted**. The dispositive motion deadline is **April 16, 2018**.

Dated this 2nd day of April, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE