# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America

               Plaintiff,

v.

Constantin Ochescu, et al

               Defendants.

**DEFAULT**

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-02424-APG-GWF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff United States of America and against Defendants Constantin Ochescu and Liliana Cosma in the amount of $226,546.80 for unpaid federal income taxes, interest, and penalties for the tax years 2002 through 2009 and 2011.

4/27/2018
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ S. Denson
_____
Deputy Clerk