UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cv-02424-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| CONSTANTIN OCHESCU, et al., | (ECF No. 50) |
| Defendants. | |

Defendant Liliana Cosma has filed a "Notice." ECF No. 50. To the extent the Notice can be construed as a motion for reconsideration or to set aside the default judgment previously entered against her, it is denied because it fails to assert any facts or legal arguments sufficient to change my prior orders.

DATED this 4th day of June, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE