RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

E. CARMEN RAMIREZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 616-2885 (Ramirez)
Facsimile:      (202) 307-0054
e.carmen.ramirez@usdoj.gov

*Attorneys for the United States of America*

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
*Of Counsel*

Jory C. Garabedian
ALDRIDGE PITE, LLP
Nevada Bar No. 10352
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-Mail: jgarabedian@aldridgepite.com

*Attorneys for Defendant
Ditech Financial, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CONSTANTIN OCHESCU,<br>LILIANA COSMA,<br>DITECH FINANCIAL LLC, and<br>REPUBLIC SERVICES, INC.,<br><br>　　　　Defendants. | Case No.: 2:15-cv-02424-APG-GWF<br><br>**THE UNITED STATES' AND DITECH FINANCIAL LLC'S JOINT MOTION TO EXTEND TIME FOR DITECH TO MAKE A CLAIM TO FORECLOSURE PROCEEDS**<br><br>**(Second Request)** |

17468644.1

The United States and Ditech Financial LLC ("Ditech") jointly move for a 14-day extension of time for Ditech to submit a claim to the proceeds from the sale of the property at issue in this matter. The parties have been discussing a possible resolution, and believe the requested extension, from Friday March 29, 2019, to Friday, April 12, 2019, will assist in that process, and might reduce the need for further motions practice. In support of this request, the moving parties submit as follows:

1) The United States brought this suit to obtain a judgment for defendant Constantin Ochescu's delinquent federal income taxes, and to foreclose on certain real property to help satisfy the judgment. The United States named Ditech as a defendant because the United States believed Ditech might claim a mortgage interest on the property.

2) The Court issued an amended Order for Sale that allowed the United States to sell the property. (ECF No. 54 (the "Amended Sale Order")). The Order provided for the Court to issue a subsequent order confirming the sale, once it had taken place, and allowed Ditech an additional 30 days to make a claim to a portion of the sales proceeds. (*Id*. at 6-7). The United States would then have 30 days to respond or object to the claim. (*See also* ECF No. 62 at 5). The sale has been conducted, and the Court has issued the confirmation Order on January 30, 2019. (*See* ECF 61; ECF 62).

3) While the parties currently dispute the amount that should be paid to Ditech, if any, they are negotiating in good faith to attempt a resolution. Ditech's parent company recently filed for Chapter 11 bankruptcy, which has added to the time needed to finalize an agreement in this matter. However, the parties believe the requested extension will allow them to continue their negotiations, potentially saving the parties and the Court the burden and costs of additional motions practice.

4) This motion is not made for delay, but to allow the parties time to reach a resolution, if possible.

17468644.1

WHEREFORE, the United States and Ditech jointly request a 14-day extension for Ditech to make a claim to the sales proceeds at issue in this case.

Dated: March 29, 2019

Respectfully submitted,

| | |
|---|---|
| RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General | */s/ Jory C Garabedian*<br>Jory C. Garabedian |
| | ALDRIDGE PITE, LLP |
| */s/ E. Carmen Ramirez*<br>E. CARMEN RAMIREZ<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683<br>Telephone: (202) 616-2885 (Ramirez)<br>Facsimile: (202) 307-0054<br>e.carmen.ramirez@usdoj.gov<br>*Attorneys for the United States of America* | Nevada Bar No. 10352<br>520 South 4th St., Suite 360<br>Las Vegas, Nevada 89101<br>Telephone: (858) 750-7600<br>Facsimile: (702) 685-6342<br>E-Mail: jgarabedian@aldridgepite.com<br><br>*Attorneys for Defendant Ditech Financial, LLC* |

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
*Of Counsel*

*Attorneys for the United States of America*

IT IS SO ORDERED.

_____
United States District Judge

DATED: April 1, 2019

3

17468644.1

# **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing is made this 29th day of March, 2019 on the following parties, by the following means:

By ECF:

    Republic Silver State Disposal, Inc. d/b/a Republic Services, Inc.
    c/o Donald H. Williams
    Williams & Associates
    612 South Tenth St.
    Las Vegas, NV 89101

    Ditech Financial LLC
    c/o Jory Garabedian and
    Laurel Handley
    Aldrige Pite LLP
    520 South 4th St., Suite 360
    Las Vegas, NV 89101

                                        */s/ E. Carmen Ramirez*
                                        E. CARMEN RAMIREZ
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice

17468644.1