# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>CONSTANTIN OCHESCU, et al.,<br><br>    Defendants | Case No.: 2:15-cv-02424-APG-EJY<br><br>**Order for Status Report** |

In an April 2019 joint motion for distribution of sales proceeds, plaintiff United States of America indicated that it anticipated filing a motion for deficiency judgment. ECF No. 68 at 3. Over five months later, it has not done so.

IT IS THEREFORE ORDERED that on or before October 11, 2019, the United States shall file a status report, a motion for deficiency judgment, or a stipulation to close this case.

DATED this 26TH day of September, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE