# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America | **AMENDED DEFAULT** |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:15-cv-02424-APG-GWF |
| Constantin Ochescu, et al | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered in favor of Plaintiff United States of America and against Defendants Constantin Ochescu and Liliana Cosma in that Ms. Cosma is adjudged the fraudulent transferee of Mr. Ochescu with respect to the real property located at issue in this suit, i.e., 8046 Cetus Court, Las Vegas, NV, 89128 and the United States is entitled to foreclose on the real property; and that

Default Judgment is entered in favor of Plaintiff United States of America and against Defendant Constantin Ochescu in the amount of $226,546.80 for unpaid federal income taxes, interest, and penalties for the tax years 2002 through 2009 and 2011.

| | |
|---|---|
| 5/12/2021 | DEBRA K. KEMPI |
| Date | Clerk |



/s/ D. Reich-Smith
Deputy Clerk